In the Matter of LOUISA WILLIAMS, an Alleged Incompetent Person.

JOHN L. SEAGER, as Temporary Administrator of LOUISA WILLIAMS, Deceased, Appellant; MYRTLE SULLIVAN et al., Respondents.

*Matter of Williams*, 24 App. Div. 247, affirmed. (Argued November 21, 1898; decided December 6, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 10, 1898, affirming an order of the Onondaga County Court confirming the finding of a sheriff's jury adjudging Louisa Williams incompetent to manage her affairs, and denying a motion to set aside the finding.

*G. W. O'Brien* for appellant.

*M. E. Driscoll* and *J. R. Shea* for respondents.

Order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.